■ ELIZABETH SCHOONMAKER et al., Respondents, v. LIBERTY LOOMIS HOSPITAL, INC., Appellant.— Defendant appeals from two orders of the Special Term granting a motion to vacate a preclusion order and directing defendant

to accept a bill of particulars and denying defendant's motion to dismiss the complaint for failure to prosecute. We affirm the findings of Special Term based upon the opinion of Mr. Justice BOOKSTEIN (17 Misc 2d 924). Orders affirmed, without costs. Coon, J. P., Gibson, Herlihy and Reynolds, JJ., concur.